UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOHN CLOUGHER and DENNIS STEIN,

      Plaintiffs,      **NOT FOR PUBLICATION**

               **ORDER**

 - against -         06-cv-05474(RRM)(ARL)

HOME DEPOT U.S.A., INC.,

      Defendant.
-------------------------------------------------------X
COLIN WERTS,

      Plaintiff,

 -against-

HOME DEPOT U.S.A., INC.,

      Defendant.
-------------------------------------------------------X

**MAUSKOPF, United States District Judge.**

 In a Report and Recommendation dated February 27, 2008, Magistrate Judge Arlene Rosario Linday recommends dismissal of all claims brought by Plaintiff Dennis Stein for failure to prosecute. Plaintiff Stein has failed to object to said Report and Recommendation. Upon review of the record, and for the reasons set forth in Magistrate Judge Lindsay's Report and Recommendation, it is hereby ORDERED that all claims brought by plaintiff Dennis Stein are dismissed with prejudice.

             SO ORDERED.

Dated: Brooklyn, New York
    June 13, 2008

             _____/
             ROSLYNN R. MAUSKOPF
             United States District Judge