# SQUITIERI & FEARON, LLP

32 EAST 57TH STREET
12TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 421-6492
FAX: (212) 421-6553
www.sfclasslaw.com

NEW JERSEY OFFICE
2600 KENNEDY BOULEVARD
SUITE 1K
JERSEY CITY, NEW JERSEY 07306
TEL: (201) 200-0900
FAX: (201) 200-9008

MEMBERS OF THE FIRM
LEE SQUITIERI*
STEPHEN J. FEARON, JR.
*ADMITTED TO N.Y. & N.J. BARS

April 5, 2011

**VIA ECF**

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza, Courtroom 6N
Brooklyn, New York 11201

Re: *Clougher v. Home Depot USA, Inc.*, No. 06-5474 (RRM) (ARL)

Dear Judge Mauskopf:

We are writing to inform the Court that the parties have agreed to the principle terms of a settlement of plaintiff's claims. The settlement is subject to agreement on terms of a release and other customary terms and conditions. We do not anticipate any problems in reaching agreement on the non-monetary settlement terms. Accordingly, we anticipate the action will be dismissed with prejudice in approximately 60 days.

Respectfully,

Lee Squitieri

**VIA EMAIL**

cc: Joel Cohn, Esq.
Joshua Waxman, Esq.